FILED'08 JUL 08 16:08USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD EUGENE PIERCE,

        Petitioner,

    v.

J. E. THOMAS,

        Respondent.

Civil No. 08-641-CL

**ORDER**

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner has filed objections. I have reviewed the Magistrate Judge's Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude that the Report and Recommendation is correct.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#4) is adopted. The petition (#2) is denied without prejudice to refile after petitioner has exhausted administrative remedies. All pending motions are denied as moot.

IT IS SO ORDERED.

DATED this __8__ day of July, 2008.

_____
OWEN M. PANNER
United States District Judge

2 - ORDER